[No. 26478-8-I.   Division One.   July 6, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES
ROBERT HOLLINS, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 89-1-07088-6, J. Kathleen Learned, J., entered
July 2, 1990. *Affirmed* by unpublished opinion per Forrest,
J., concurred in by Webster, A.C.J., and Coleman, J.

[No. 11176-8-III.   Division Three.   July 7, 1992.]

LAURIE MILLER, *Appellant*, v. MICHAEL L. YATES,
ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for
Yakima County, No. 86-2-02316-9, Robert N. Hackett, Jr.,
J., entered September 28, 1990. *Reversed* by unpublished
opinion per Sweeney, J., concurred in by Shields, C.J., and
Thompson, J. Now published at 67 Wn. App. 120.

[No. 11230-6-III.   Division Three.   July 7, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. LINDA
GAIL TINGLEY, *Appellant*.

Appeal from a judgment of the Superior Court for
Spokane County, No. 90-1-01218-3, Richard J. Schroeder, J.,
entered January 18, 1991. *Affirmed* by unpublished opinion
per Munson, J., concurred in by Thompson, A.C.J., and
Sweeney, J.